# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2020

## NO. 03-19-00771-CV

**Erik Leonard, Appellant**

**v.**

**Ken Paxton, Attorney General of Texas; the Harris County-Houston Sports Authority; Harris County; and the City of Houston, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on June 25, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.